

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,883-01

### EX PARTE RICKY JOE SHUGART, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-13-24788-A IN THE 336th DISTRICT COURT
### FROM FANNIN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of marihuana in an amount between 50 and 2,000 pounds and sentenced to imprisonment for ten years.

Applicant alleges, *inter alia*, that his plea was involuntary and counsel rendered ineffective assistance in this case. No findings of fact or conclusions of law were entered by the trial court. However, the docket sheet contains the following entry from September 9, 2015:

Trial court forwards to Ct. Crim App for review, T court recommends designation

of issues in point 3 & 4 be remanded to trial court for evidentiary hearing or review of affidavits/record; [illegible] trial court orders court reporter transcribe plea hearing (3-16-15) [illegible] (to include in record) [illegible].

We remand this application to the 336th District Court of Fannin County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 7, 2015
Do not publish